Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RIDE THE DUCKS SEATTLE, LLC,<br>    Plaintiff,<br><br>v.<br><br>RIDE THE DUCKS INTERNATIONAL, LLC, et al.,<br>    Defendants.<br><br>RIDE THE DUCKS INTERNATIONAL, LLC,<br>    Cross-Plaintiff,<br><br>v.<br><br>BRIAN TRACEY, et al.<br>    Defendants. | No. 2:19-cv-01408-MJP<br>[consolidated]<br><br>[~~~~~~~] ORDER GRANTING RIDE THE DUCKS OF SEATTLE, LLC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS RIDE THE DUCKS INTERNATIONAL, CHRIS HERSCHEND, AND HERSCHEND FAMILY ENTERTAINMENT<br><br>**NOTE FOR MOTION CALENDAR:**<br>**February 7, 2020** |

**THIS MATTER** came before the Court on Ride the Ducks of Seattle, LLC's Motion to Compel Discovery from Defendants Ride the Ducks International, Chris Herschend, and Herschend Family Entertainment. The Court reviewed the following materials submitted by the parties:

1. Ride the Ducks of Seattle, LLC's Motion to Compel Discovery from Defendants Ride the Ducks International, Chris Herschend, and Herschend Family Entertainment;

[~~~~~~~] ORDER GRANTING RIDE THE DUCKS OF SEATTLE, LLC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS RIDE THE DUCKS INTERNATIONAL, CHRIS HERSCHEND, AND HERSCHEND FAMILY ENTERTAINMENT - 1
2:19-cv-01408-MJP
815690

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701

2. The Declaration of D. Jack Guthrie in Support of Ride the Ducks of Seattle, LLC's Motion to Compel Discovery from Defendants Ride the Ducks International, Chris Herschend, and Herschend Family Entertainment;

3. Ride the Ducks International, LLC's Response in Opposition;

4. Ride the Ducks of Seattle, LLC's Reply ~~████~~;

Having been fully advised on the premises, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Ride the Ducks of Seattle, LLC's Motion to Compel Discovery from Defendants Ride the Ducks International, Chris Herschend, and Herschend Family Entertainment is **GRANTED**. Ride the Ducks International, Chris Herschend, and Herschend Family Entertainment are hereby ordered to produce discovery within ~~X~~ *10* days from the date of this order.

DONE IN OPEN COURT this _20th_ day of _February_, 2020.

_____/s/ Marsha J. Pechman_____
Honorable Marsha J. Pechman
United States District Court

Presented by:

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

By: _s/D. Jack Guthrie_
   Patricia K. Buchanan, WSBA 19892
   D. Jack Guthrie, WSBA 46404
   Nicholas Carlson, WSBA 48311
   Of Attorneys for Plaintiff Ride the Ducks of Seattle, LLC,
   And Defendant Brian Tracey and Jane Doe Tracey
   1000 Second Ave., 30th Floor
   Seattle, WA 98104
   Phone: (206) 462-6700
   Fax: (206) 462-6701
   pkb@pattersonbuchanan.com
   djg@pattersonbuchanan.com
   nac@pattersonbuchanan.com

███████ ORDER GRANTING RIDE THE DUCKS OF SEATTLE, LLC'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS RIDE THE DUCKS INTERNATIONAL, CHRIS HERSCHEND, AND HERSCHEND FAMILY ENTERTAINMENT - 2
2:19-cv-01408-MJP
815690

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700  Fax 206.462.6701