Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RIDE THE DUCKS SEATTLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RIDE THE DUCKS INTERNATIONAL, LLC; CHRIS HERSCHEND AND JANE DOE HERSCHEND, individually and on behalf of their marital community; and HERSCHEND FAMILY ENTERTAINMENT CORPORATION,<br><br>Defendants. | No. 2:19-cv-01408-MJP<br><br>STIPULATED MOTION TO ADJUST EXPERT DISCLOSURE DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>February 27, 2020 |

## **STIPULATION**

Plaintiff Ride the Ducks of Seattle, LLC ("RTDS"), by and through its counsel of record, Patricia K. Buchanan, D. Jack Guthrie, and Nicholas A. Carlson of Patterson Buchanan Fobes & Leitch, Inc., P.S., and Defendants Ride the Ducks International, LLC ("RTDI"), Chris Herschend and Jane Doe Herschend ("Herschend") and Herschend Family Entertainment Corporation ("HFEC") (collectively "Defendants"), by and through their counsel of record, Rodney Umberger and Tyler Hermsen of Williams Kastner, stipulate and respectfully move the Court for an order extending the deadline by which the parties must disclose expert opinions pursuant to FRCP 26(a)(2)(B). By Order of this Court (Dkt. No. 20), the deadline to disclose expert opinions is March 9, 2020. The parties jointly request that the Court extend the deadline

for expert opinions under FRCP 26(a)(2)(B) to March 30, 2020, while leaving the deadline to disclose the identities of the experts under FRCP 26(a)(2)(A) on March 9, 2020.

The parties make this request in order to most efficiently and economically litigate the issues in this case. Several circumstances lead the parties to bring this request: production of discovery has only recently begun and cross motions for summary judgment are currently being considered by the Court. Evaluation of the recently produced discovery and the outcome of the motions for summary judgment could affect the scope of the opinions to be disclosed. Allowing the parties additional time to investigate discovery and the Court time to rule on the parties' motions for summary judgment would promote efficient discovery and litigation of the issues at bar and avoid incurring the cost of potentially unnecessary expert opinions.

AGREED AND STIPULATED TO on this 27th day of February, 2020.

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.


By: *s/D. Jack Guthrie*
　　Patricia K. Buchanan, WSBA 19892
　　D. Jack Guthrie, WSBA 46404
　　Nicolas A. Carlson, WSBA 48311
　　Of Attorneys for Plaintiff
　　1000 Second Ave., 30th Floor
　　Seattle, WA 98104
　　pkb@pattersonbuchanan.com
　　djg@pattersonbuchanan.com
　　nac@pattersonbuchanan.com


WILLIAMS KASTNER & GIBBS PLLC


By: *s/Tyler J. Hermsen (via email approval)*
　　Rodney L. Umberger, WSBA #24948
　　Tyler J. Hermsen, WSBA #43665
　　Attorneys for Defendants
　　601 Union Street, Suite 4100
　　Seattle, WA 98101-2380
　　Telephone: (206) 628-6600
　　Fax: (206) 628-6611
　　rumberger@williamskastner.com
　　thermsen@williamskastner.com

STIPULATED MOTION TO ADJUST
EXPERT DISCLOSURE DEADLINES - 2
2:19-cv-01408-MJP

**ORDER**

THIS CAUSE CAME TO BE HEARD upon the Stipulation of the parties, by and through their respective attorneys of record, seeking to continue the deadline to disclose expert opinions pursuant to FRCP 26(a)(2)(B) from March 9, 2020 to March 30, 2020. The Court finds good cause for extending this deadline and thus the stipulated motion is hereby GRANTED. The deadline to disclose expert opinions pursuant to FRCP 26(a)(2)(B) is March 30, 2020. The deadline to disclose expert identities pursuant to FRCP 26(a)(2)(A) remains March 9, 2020.

IT IS SO ORDERED AND ADJUDGED on this __27th__ day of February, 2020.

Marsha J. Pechman
United States Senior District Judge

Presented by:

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

By: *s/D. Jack Guthrie*
    Patricia K. Buchanan, WSBA 19892
    D. Jack Guthrie, WSBA 46404
    Nicholas Carlson, WSBA 48311
    Of Attorneys for Plaintiff Ride the Ducks of Seattle, LLC,
    And Defendant Brian Tracey and Jane Doe Tracey
    1000 Second Ave., 30th Floor
    Seattle, WA 98104
    Phone: (206) 462-6700
    Fax: (206) 462-6701
    pkb@pattersonbuchanan.com
    djg@pattersonbuchanan.com
    nac@pattersonbuchanan.com

| | |
|---|---|
| 1 | |
| 2 | By: *s/Tyler J. Hermsen (via email approval)*<br>Rodney L. Umberger, WSBA #24948 |
| 3 | Tyler J. Hermsen, WSBA #43665<br>Attorneys for Defendants |
| 4 | 601 Union Street, Suite 4100<br>Seattle, WA 98101-2380 |
| 5 | Telephone: (206) 628-6600<br>Fax: (206) 628-6611 |
| 6 | rumberger@williamskastner.com<br>thermsen@williamskastner.com |

STIPULATED MOTION TO ADJUST
EXPERT DISCLOSURE DEADLINES - 4

2:19-cv-01408-MJP