UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIDE THE DUCKS SEATTLE LLC, | CASE NO. C19-1408 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RIDE THE DUCKS INTERNATIONAL LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On March 23, 2020, this Court held a telephone conference with counsel for all parties to discuss the impacts of Plaintiff's bankruptcy filing on this case. At that time, the Court determined that the matter was automatically stayed by the bankruptcy proceedings, and that no further action would be taken in this matter until the stay was lifted by the Bankruptcy Court. Dkt. No. 49.

MINUTE ORDER - 1

1    On May 6, 2020, the Court received a Notice of Bankruptcy Court Lifting Automatic

2    Bankruptcy Stay, accompanied by a Declaration of RTDS Bankruptcy Trustee Nancy James

3    Regarding Ratification of Action, indicating that the stay had been lifted and the Bankruptcy

4    Trustee was authorizing the continuation of this action. Dkt. Nos. 53 and 54.

5    The parties are ordered to confer and present to the Court, no later than **May 21, 2020**, a

6    proposal for a revised case schedule in the above-entitled matter, including a timeline for

7    addressing the motions which were stayed upon the filing of the bankruptcy action.

8

9    The clerk is ordered to provide copies of this order to the RTDS Bankruptcy Trustee and

10    to all counsel.

11    Filed May 7, 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER - 2