UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIDE THE DUCKS SEATTLE LLC,<br><br>    Plaintiff,<br><br> v.<br><br>RIDE THE DUCKS INTERNATIONAL LLC, et al.,<br><br>    Defendants. | CASE NO. C19-1408 MJP<br><br>MINUTE ORDER |
| RIDE THE DUCKS INTERNATIONAL LLC,<br><br>    Cross-Claimant,<br><br> v.<br><br>BRIAN TRACEY, et al.,<br><br>    Counter-Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

In light of the Ninth Circuit's Memorandum and Mandate (Dkt. Nos. 75 & 76), the Court ORDERS the Parties to meet and confer and submit a joint status report containing: (1) a proposed case schedule for all remaining case deadlines the parties believe necessary; and (2) a trial date, including the estimated number of trial days. The Parties are strongly encouraged to reach agreement on the case deadlines and trial date. The Parties are also reminded that any case schedule must allow approximately four months between the dispositive motion deadline and the trial date. The Parties shall file the joint status report **by no later than February 16, 2022**.

The clerk is ordered to provide copies of this order to all counsel.

Filed February 9, 2022.

        Ravi Subramanian
        Clerk of Court

        s/Serge Bodnarchuk
        Deputy Clerk