1

The Honorable Marsha J. Pechman

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

RIDE THE DUCKS SEATTLE, LLC,

NO. 2:19-cv-01408-MJP

10

Plaintiff,

11

v.

**ORDER GRANTING STIPULATED
MOTION TO CONTINUE DEADLINE
FOR REPLY TO RIDE THE DUCKS
SEATTLE'S OPPOSITION TO
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

12

RIDE THE DUCKS INTERNATIONAL, LLC;
CHRIS HERSCHEND AND JANE DOE

13

HERSCHEND, individually and on behalf of
their marital community; and HERSCHEND

14

FAMILY ENTERTAINMENT
CORPORATION,

15

Defendants.

16

17

18

        This matter came before the Court on the parties' Stipulated Motion to Continue Deadline

19

for Reply to Ride the Ducks Seattle's Opposition to Defendants' Motion for Summary Judgment.

20

Being fully apprised of all relevant matters,

        The Court hereby GRANTS the parties' motion.  The deadline for Defendants to file a

21

Reply to Ride the Ducks Seattle's Opposition to Defendants' Motion for Summary Judgment is

22

extended from October 14 to October 21, 2022 and that this matter be re-noted to October 21,

23

2022.  All other deadlines established by the Court's Stipulated Scheduling Order for this matter

24

shall remain unchanged.

25

26

ORDER GRANTING STIPULATED MOTION TO CONTINUE
DEADLINE FOR REPLY TO RIDE THE DUCKS SEATTLE'S
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 1
(NO. 2:19-cv-01408 MJP)
7651535.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

1    Dated this 19th day of October, 2022.

2

3

4

5                                          Marsha J. Pechman
                                           United States Senior District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO CONTINUE          **Williams, Kastner & Gibbs PLLC**
DEADLINE FOR REPLY TO RIDE THE DUCKS SEATTLE'S        601 Union Street, Suite 4100
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY          Seattle, WA 98101-2380
JUDGMENT - 2                                          (206) 628-6600
(NO. 2:19-cv-01408 MJP)
7651535.1