The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RIDE THE DUCKS SEATTLE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RIDE THE DUCKS INTERNATIONAL, LLC; CHRIS HERSCHEND AND JANE DOE HERSCHEND, individually and on behalf of their marital community; and HERSCHEND FAMILY ENTERTAINMENT CORPORATION,<br><br>Defendants. | NO. 2:19-cv-01408-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DEADLINE TO COMPLETE LAY DEPOSITIONS**<br><br>NOTED FOR MOTION CALENDAR: NOVEMBER 9, 2022 |

This matter came before the Court on the parties' Stipulated Motion to Continue Deadline to Complete Lay Depositions ("**Motion**"). Being fully apprised of all relevant matters, IT IS ORDERED:

The parties' Motion is GRANTED. The deadline for completing lay witness depositions is hereby extended to December 14, 2022. All other deadlines established by the Court's scheduling order (Dkt. #80) for this matter shall remain unchanged.

ORDER GRANTING STIPULATED MOTION TO CONTINUE
DEADLINE TO COMPLETE LAY DEPOSITIONS - 1
(NO. 2:19-cv-01408 MJP)
7673840.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

Dated this 14th day of November, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

*s/ Rodney L. Umberger*
*s/ Sumeer Singla*
*s/ Tyler J.Hermsen*
Rodney L. Umberger, WSBA No. 24948
Sumeer Singla, WSBA No. 32852
Tyler J. Hermsen, WSBA No. 43665
WILLIAMS, KASTNER & GIBBS PLLC
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Phone:  206.628.6600
Fax:    206.628.6611
Email:  rumberger@williamskastner.com
        ssingla@williamskastner.com
        thermsen@williamskastner.com
**Attorneys for Defendant**
**Ride the Ducks International, LLC**

ORDER GRANTING STIPULATED MOTION TO CONTINUE
DEADLINE TO COMPLETE LAY DEPOSITIONS - 2
(NO. 2:19-cv-01408 MJP)
7673840.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600